# United States District Court

NORTHERN DISTRICT OF CALIFORNIA

ECO FARMS AVOCADOS, INC., a California corporation,

**E-filing**

**SUMMONS IN A CIVIL CASE**

Plaintiff,

**CASE NUMBER:**

V.

LA NORTENA TORTILLA FACTORY, a California partnership;
MANUEL TORRES, an individual; and MARIA TORRES, an individual,

Defendants.

**TO:** (Name and address of defendant)

Maria Torres
Principal Place of Business:
1037 N. Amphlett Blvd.
San Mateo, CA  94401

Residential Address:
27428 Coronado Way
Hayward, CA  94545

**BZ**



**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lawrence H. Meuers
Steven M. De Falco
Meuers Law Firm, P.L.
5395 Park Central Court
Naples, FL  34109
Tel:  (239) 513-9191

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE_____

_____
(BY) DEPUTY CLERK

※ AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| Service of the Summons and Complaint was made by me [1]   DATE |
| Name of SERVER   TITLE |
| *Check one box below to indicate appropriate method of service* |
| ☐ Served Personally upon the Defendant. Place where served: |
| ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.<br>Name of person with whom the summons and complaint were left: |
| ☐ Returned unexecuted: |
| ☐ Other *(specify)*: |

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.<br><br>Executed on _____    _____<br>                    Date                                Signature of Server<br><br>                                              _____<br>                                                  Address of Server<br><br>(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure |