Lawrence H. Meuers
(SBN: 197663)
Steven M. De Falco
Fla. Bar No. 0733571
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, Florida 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
lmeuers@meuerslawfirm.com
sdefalco@meuerslawfirm.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECO FARMS AVOCADOS, INC., a California corporation, | Case No. CV 08 1246 B7 |
| Plaintiff, | |
| vs. | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |
| LA NORTENA TORTILLA FACTORY, a California partnership; MANUEL TORRES, an individual; and MARIA TORRES, an individual, | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

**A.    PLAINTIFF ECO FARMS AVOCADOS, INC.:**

Eco Farms Avocados, Inc. is a corporate Plaintiff seeking a Judgment against Defendants in the cumulative amount of at least $11,616.00. Steve Taft is the President of Eco Farms Avocados, Inc.

**B.   DEFENDANT LA NORTENA TORTILLA FACTORY:**

La Nortena Tortilla Factory is a California limited partnership against whom Plaintiff seeks recovery in the cumulative amount of at least $11,616.00.

**C.   MANUEL TORRES:**

Manuel Torres is an individual Defendant against whom Plaintiff seeks recovery in the cumulative amount of at least $11,616.00.

**D.   MARIA TORRES:**

Maria Torress is an individual Defendant against whom Plaintiff seeks recovery in the cumulative amount of at least $11,616.00.

Respectfully submitted on this 29th day of February, 2008.

MEUERS LAW FIRM, P.L.

By: *Lawrence H. Meuers*
Lawrence H. Meuers
(SBN: 197663)
Steven M. De Falco
Fla. Bar No. 0733571
5395 Park Central Court
Naples, FL  34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
lmeuers@meuerslawfirm.com
sdefalco@meuerslawfirm.com

Attorneys for Plaintiff