Lawrence H. Meuers
(SBN: 197663)
Steven M. De Falco
Fla. Bar No. 0733571
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, Florida 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
lmeuers@meuerslawfirm.com
sdefalco@meuerslawfirm.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECO FARMS AVOCADOS, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> LA NORTENA TORTILLA FACTORY, a California partnership; MANUEL TORRES, an individual; and MARIA TORRES, an individual, <br><br> Defendants. | Case No.: 1246 <br><br> RULE 7.1 DISCLOSURE STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Eco Farms Avocados, Inc. (a private, non-governmental party), by and through its undersigned counsel, certifies that there are no corporate parents, affiliates and/or subsidiaries of Plaintiff which are publicly held.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

//
//
//
//
//

Rule 7.1 Disclosure Statement                                                                 Page-1

1 | Respectfully submitted on this 29th day of February, 2008.

MEUERS LAW FIRM, P.L.

By: s/Lawrence H. Meuers
Lawrence H. Meuers
(SBN: 197663)
Steven M. De Falco
Fla. Bar No. 0733571
5395 Park Central Court
Naples, FL 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
lmeuers@meuerslawfirm.com
sdefalco@meuerslawfirm.com

Attorneys for Plaintiff