1  Lawrence H. Meuers
2  (SBN: 197663)
   Steven M. De Falco
3  Fla. Bar No. 0733571
4  MEUERS LAW FIRM, P.L.
   5395 Park Central Court
5  Naples, FL 34109
6  Tel: (239) 513-9191
   Fax: (239) 513-9677
7  lmeuers@meuerslawfirm.com
8  sdefalco@meuerslawfirm.com

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

11
12  ECO FARMS AVOCADOS, INC.,                  No.  CV 08-1246-BZ

13              Plaintiff(s),                  **DECLINATION TO PROCEED BEFORE
                                                A MAGISTRATE JUDGE**
14        v.                                           **AND**
                                               **REQUEST FOR REASSIGNMENT TO A
15  LA NORTILLA TORTILLA FACTORY, ET AL.        UNITED STATES DISTRICT JUDGE**

16              Defendant(s).
    _____/

17
18      REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

19      The undersigned party hereby declines to consent to the assignment of this case to a United

20  States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to

21  a United States District Judge.

22
    Dated: 04/02/2008                     Signature  s/Lawrence H. Meuers
23                                         _____
24                                         Counsel for  Plaintiff
                                           _____
                                           (Plaintiff, Defendant, or indicate "pro se")
25
26
27
28