Lawrence H. Meuers
(SBN: 197663)
MEUERS LAW FIRM, P.L.
5395 Park Central Court
Naples, FL 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
lmeuers@meuerslawfirm.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ECO FARMS AVOCADOS, INC.,** | **Case No.: C 08-01246SI** |
| Plaintiff, | |
| vs. | |
| **LA NORTENA TORTILLA FACTORY,** et al., | |
| **Defendants.** | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that in accordance with Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiff, Eco Farms Avocados, Inc., by and through its undersigned counsel, dismisses its claims against Defendants, La Nortena Tortilla Factory, Manuel Torres, and Maria Torres, with prejudice. Each party bears its own attorneys' fees and costs.

//

//

//

//

//

//

Notice of Voluntary Dismissal with Prejudice                                                                    Page-1

1  Respectfully submitted on this 8th day of July, 2008.

**MEUERS LAW FIRM, P.L.**

By:   s/Lawrence H. Meuers
Lawrence H. Meuers
(SBN: 197663)
5395 Park Central Court
Naples, FL   34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
lmeuers@meuerslawfirm.com

Attorneys for Plaintiff